# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

DR. TAMIKA BRADLEY                                                 PLAINTIFF

vs.                                  CIVIL ACTION NO. 3:21-cv-334-DPJ-FKB

DR. WILLIAM BYNUM, IN HIS INDIVIDUAL
CAPACITY, DR. DANIEL WATKINS,
IN HIS INDIVIDUAL CAPACITY,
AND JACKSON STATE UNIVERSITY                      DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the joint *ore tenus* motion of all parties to this lawsuit for dismissal with prejudice of Plaintiff's lawsuit. The Court has been informed that all parties, including Dr. William Bynum, who filed an appeal to the United States Court of Appeal for the Fifth Circuit Court of Appeals (No. 22-60460) seeking collateral appeal of this Court's denial of his Motion To Dismiss and for Qualified Immunity, have reached a settlement and seek dismissal with prejudice of the underlying lawsuit filed by Plaintiff Dr. Tamika Bradley against all parties. The Court has further been informed that Dr. Bynum shall separately seek dismissal of his appeal, and Dr. Bradley has agreed to that dismissal as part of the parties' settlement. The Court finds that the instant *ore tenus* motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** that this matter is dismissed with prejudice as to all parties, with the parties to bear their own attorney fees, expenses and costs.

**SO ORDERED AND ADJUDGED** this the 13th day of December, 2022.

                                                      s/ *Daniel P. Jordan III*
                                                      CHIEF UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:


*/s/ Lisa M. Ross*
LISA M. ROSS (MB No. 9755)
ATTORNEY FOR PLAINTIFF


*/s/ Pope S. Mallette*
POPE S. MALLETTE (MB NO. 9836)
PAUL B. WATKINS, JR. (MB NO. 102348)
ATTORNEY FOR DEFENDANTS JACKSON STATE UNIVERSITY AND WILLIAM BYNUM


*/s/ Preston Rideout*
PRESTON RIDEOUT (MB NO. 5346)
ATTORNEY FOR DEFENDANT DANIEL WATKINS